

**57 West 57th Street, 3rd & 4th Floors, Manhattan, NY 10019**
**T:** +1 (917) 858-8018 | **E:** smu@whitewoodlaw.com
**W:** whitewoodlaw.com

June 19, 2026

Hon. Jennifer H. Rearden
Courtroom 12B
United States Courthouse
500 Pearl Street
New York, New York, 10007

### SECOND LETTER UPDATE ON STATUS OF SERVICE

Re:  *Ubisoft Entertainment And Ubisoft, Inc. v. The Individuals, Corporations, Limited Liability Companies,  Partnerships, and Unincorporated Associations Identified on Schedule A to the Complaint.* Case No. 1:26-cv-4494

Dear Judge Rearden,

I am counsel for Plaintiffs Ubisoft Entertainment And Ubisoft, Inc. in this matter. Plaintiffs respectfully submit this letter updating the Court on the status of service.

Plaintiffs respectfully explain to the Court that at the time of the TRO application, the only address information available for Defendants was in English, as shown in Exhibit 1, Dkt 17. Accordingly, Plaintiffs utilized the best available tools at that time-Baidu Maps and Google Maps-to verify Defendants' addresses. With discovery responses now received from third-party platforms including PayPal, Amazon, and Walmart, Plaintiffs are able to conduct additional investigations using more sophisticated methods to further verify Defendants' addresses.

Plaintiffs have taken the following steps to obtain and verify Defendants' address information.

1. Plaintiffs sent discovery requests to Defendants specifically asking for address information to effectuate service. Plaintiffs also communicated with Defendants regarding potential resolution of the disputes. Several Defendants responded to Plaintiffs and are in the process of reaching a settlement.

2. For the remaining Defendants who have not responded to Plaintiffs' discovery request, Plaintiffs' investigators in China have taken additional more sophisticated steps to further verify Defendants' address information, based on information disclosed by third party platforms and service providers where Defendants operate their stores or domains, including PayPal, registrar records, account records, CSV account records, Amazon, Walmart, Porkbun and any other registrar productions.

3. Plaintiffs' investigators in China are using two additional Chinese search engines including QiChaCha (qcc.com) and the National Enterprise Credit Information Publicity System (https://www.gsxt.gov.cn/index.html) to investigate Defendants' addresses and contact information disclosed by the platforms and service providers where Defendants operate. QiChaCha is a widely recognized enterprise information database in China that was designated as a National Big Data Industry Development

1



**57 West 57th Street, 3rd & 4th Floors, Manhattan, NY 10019**
**T:** +1 (917) 858-8018 | **E:** smu@whitewoodlaw.com
**W:** whitewoodlaw.com

Pilot Demonstration Project. As of March 2025, QiChaCha had amassed over 100 million registered users, covering more than 580 million business entities domestically and internationally. The National Enterprise Credit Information Publicity System (commonly abbreviated as NECIPS, or GSXT in Chinese) is the official, government-authorized database for verifying corporate identity, registration details, and regulatory compliance of all business entities incorporated in mainland China. It is managed by the State Administration for Market Regulation (SAMR).

| Doe No | Seller Alias | Status or Potentially Servable Address |
|---|---|---|
| 1 | Amazing Hoodies | PayPal: 340 Hue Street, Hanoi, null, 100000, VN |
| 2 | Animeoutletshop | PayPal: Unit 2, Building 1, Hejia Plaza, Beihai, 广西, 541000, C2; YinHaiqu Hejiaguangchang, Beihai, 广西, 536000, C2; 海城区西南大道半岛水岸花园 3 栋 603, 北海, Guangxi, 545000, C2; zhangjianggongyeyuan, shanghai, CN-SH, 100010, CN; 18432 NE Sandy Blvd TSCS CNCPROMB, Portland, OR, 97230, US; FLAT 2304, 23/F HO KING, COMMERCIAL CENTRE, 2-16 FA YUEN STREET, MONG KOK, 九龍, HK |
| 3 | Assassins Creed Store | PayPal: no physical address disclosed in the reviewed PayPal/account-sheet materials. |
| 4 | AUSCOSPLAY | PayPal: ShaoBian GenKouFang NO. 2, YanBu LianAn,  DaLi Town Nanhai District, Foshan, 广东, 528247, C2; Kang Le Bei Dong 2 Lane NO. 37, Lu Bu Town, Gaoyao City, Zhaoqing, Guangdong, 526124, C2; ChangKeng Village DaRong Village Committee LuBu Town GaoYao City Guangdong Province, GaoYao, Guangdong, 526124, C2; Duan Zhou District, Huang Gang street, Zhaoqing, 广东, 526060, C2; 260 tianfu street wenjiang, chengdu, 四川, 526124, C2; No 68 Tangdongjie Shiwei Fangcun District, Guangzhou, 广东, 510300, C2; 260 tianfu street wenjiang, chengdu, null, 611130, C2; Duanzhou Qu, Huanggang, Zhaoqing, 广东, 526060, C2; Duanzhou District, Huanggang Town, Zhaoqing, 广东, 526060, C2; 260 tianfu street wenjiang, chengdu, 四川, 611130, C2; 高要区禄步镇新发西 37 号, 肇庆, Guangdong, 526100, C2; Kang Le Bei Dong 2 Lane NO. 37, Lu Bu Town, Zhaoqing City, Guangdong, 526124, |



**57 West 57th Street, 3rd & 4th Floors, Manhattan, NY 10019**
**T:** +1 (917) 858-8018 | **E:** smu@whitewoodlaw.com
**W:** whitewoodlaw.com

| Doe No | Seller Alias | Status or Potentially Servable Address |
|---|---|---|
| | | C2; 高要区禄步镇大榕村委会长坑村, 肇庆市, GUANGDONG, 526100, C2; 43 Harbor View Dr, New Castle, DE, 19726-9008, US; 12-1 Building 1 Minjiecheng, 肇庆, 广东, 526060, CN |
| 5 | cosgaget.com | PayPal: 笋岗街道安北路桃园综合大楼, 深圳市 罗湖区, 广东, 518000, C2 |
| 6 | Cosplay Clans | PayPal: 石祥街道 59 号 29 号楼 710 室, 杭州市, 浙江, 310000, C2; 石祥街道 59 号 29 号楼 710 室, 杭州市 拱墅区, 浙江, 310000, C2; 石祥路 59 号 29 号楼 710 室, 杭州市, 浙江省, 310022, CN |
| 7 | CosplayDiy | PayPal: 江夏区藏龙岛光谷 8 号工坊 2-2-202, 武汉市, Hubei, 430205, C2; 当代国际花园 15 区 2 号楼 1004, 武汉, 湖北省, 430223, C2; JiangXiaQu CangLongDao Tanhu1Lu8hao, WuHan, 湖北, 430205, C2; GuangGu 8Hao GongFang 2-2-202, WuHan, 鄂, 430000, C2 |
| 8 | Cosplayflying | PayPal: 宝山区宝山九村 73 号 502 室, 上海市, SHANGHAI, 201800, C2; 上海市宝山区宝山九村 73 号 502 室, 上海市, SHANGHAI, 201800, C2 |
| 9 | Cosplayplan.com | PayPal: 1202 Room, Huatian internation plazz, Guangzhou, China, 广东, 510630, CN; 2lou, 2hao, yihengxilu,dongshacun,, Guangzhou, 广东省, 510400, CN; 天河区华天国际广场 1202 号, 广州, 广东, 510630, C2; 广州市天河区龙口中路 201 号 1202, 广州市, 广东, 510000, CN |
| 10 | CosplayPocket | PayPal: 新县吴陈河镇街道银盘商贸城, 信阳市, 河南, 465545, C2; 新县吴陈河镇街道银盘商贸城, 信阳市, Henan, 465545, C2 |
| 11 | cosplaywho.com | PayPal: no physical address disclosed in the reviewed PayPal/account-sheet materials. |
| 12 | dashikitrend | PayPal: 新城区三家庄三建家属院, 西安市, 陕西, 710000, C2 |
| 13 | Deer Print Store | PayPal; no physical address disclosed in the reviewed PayPal/account-sheet materials. |
| 14 | fashionart30inc | PayPal: Khu 7, Thanh pho Lai Chau, Lai Châu, 300000, VN |
| 15 | fondcosplay | PayPal: Sakai, Nisshin-shi, Aichi ken, 4700100, JP; 柏家塘 12 栋 6 号, 长沙市 岳麓 |

3



**57 West 57th Street, 3rd & 4th Floors, Manhattan, NY 10019**
**T:** +1 (917) 858-8018 | **E:** smu@whitewoodlaw.com
**W:** whitewoodlaw.com

| Doe No | Seller Alias | Status or Potentially Servable Address |
|---|---|---|
| | | 区, 湖南, 410000, C2; 6946 Marshall rd, Lewisville, NC, 27023, US; El Robledal, 9 ZUASTI, Iza/Itza, Navarra, 31892, ES |
| 16 | fraoop | PayPal: 上溪镇云栖雅苑 1 幢 6 号一楼, 义乌, 浙江, 322000, C2 |
| 17 | gearfandom | PayPal; no physical address disclosed in the reviewed PayPal/account-sheet materials. |
| 18 | GEARHUMANS | PayPal: 102 Dai co Viet, Ha Noi, HN, 100000, VN; Toa Season Avenue, Mo Lao, Ha Dong, Ha Noi, Ha Noi, N/A, 100000, VN; 102 DAI CO VIET, HN, HÀ NỘI, 100000, VN; P1103 - Toa CT3 -The Pride Landmark Tower, Ha noi, N/A, 100000, VN; 102 DAI CO VIET, Ha noi, N/A, 100011, VN; 102 DAI CO VIET, HANOI, Viet Nam, 100011, VN; P1410 Toa C Hồ Gươm Plaza Hà Đông Hà Nội, Viet nam, HÀ NỘI, 100000, VN; -GCD Customer-, Unknown, 100000, 90210, VN; 424 Xa Dan, Nam Dong, Dong Da, Hà Nội, 100000, VN; So 26 Ngo 100, Dong Da, Hà Nội, 100000, VN; T1, Phố Tân Lập 1, Cẩm Thủy,, Cẩm Phả, Quảng Ninh, 200000, VN; Account sheet: P1103 - Toa CT3 -The Pride Landmark Tower, Ha noi, HÀ NỘI, 100000, VN; 102 Đại Cồ Việt, Hà Nội, Viet Nam, 100011, VN; 102 Dai Co Viet, Ha Noi, null, 100000, VN; P1410 Toa C Hồ Gươm Plaza Hà Đông Hà Nội, Viet nam, N/A, 100000, VN; Toa Season Avenue, Mo Lao, Ha Donh, Ha Noi, N/A, 100000, VN |
| 19 | giftngon | PayPal; no physical address disclosed in the reviewed PayPal/account-sheet materials. |
| 20 | Hhoodie | PayPal: Li Ranran, New Industrial Park, No. 9, Xueji Road, 3rd Floor, Warehouse, Shushan District, Hefei City, Anhui Province, China, Hefei, 安徽, 230031, C2; Li Ranran, Building 3, Wanzhongzhigu, No.381, Yangqiao Road, Shushan District, Hefei City, Anhui Province, China, Hefei, 安徽, 230031, C2; 滨湖新区成都路与贵州路交口, 合肥市, 安徽, 230000, C2; 蜀山新产业园区长江西路与振兴路交叉口, 合肥 蜀山区, 安徽, 230000, C2 |
| 21 | hoodieshow | PayPal: 蜀山区仰桥路, 合肥, 安徽, 230031, C2; 蜀山区西园新村街道长江西路 551 号鼎金大厦 1114 室, 合肥市, Anhui, 230000, C2; Yangqiao Road, Shushan District, Hefei City, |



**57 West 57th Street, 3rd & 4th Floors, Manhattan, NY 10019**
**T:** +1 (917) 858-8018 | **E:** smu@whitewoodlaw.com
**W:** whitewoodlaw.com

| Doe No | Seller Alias | Status or Potentially Servable Address |
|---|---|---|
|  |  | ANHUI, 230031, C2; Ji wu zhi mei, 12 floor, Block C, Jiaqiaoyueshan International, No.199 Tianbu West Road, Shushan District, Hefei City, ANHUI, 230031, C2; No.9 Xueji Road, Shushan District, HeFei, ANHUI, 230031, C2; Warehouse 3rd Floor, HeFei, ANHUI, 230031, C2 |
| 22 | ilogo | PayPal: 4th Floor Pheroza Mansion, Gunbow Street fort, Mumbai, maharashtra, 400001, IN |
| 23 | Impericon | PayPal; no physical address disclosed in the reviewed PayPal/account-sheet materials. |
| 24 | IScosplay | PayPal: 龙华区民治街道水尾三区 12 栋 804, 深圳市, 广东, 518000, C2; 宝安区福海街道桥头社区灶下 177 号名豪公寓, 深圳, 广东, 518103, C2; 虹桥镇金沙路 39 弄 2 号, 乐清市, ZHEJIANG, 325600, C2; 民治街道水尾三区 12 栋 804, 深圳市 龙华区, 广东, 518000, C2 |
| 25 | JacketsThreads | PayPal: 299 Robin Rd, London, ON, N6J 1S5, CA; Account sheet: Jimmi Mureijeb JIMMI AL AIN, Al Ain, aL aIN, 45442, AE; address, Buckinghamshire, null, MK10 7GL, GB; 3184 Garrity Way #318, Richmond, CA, 94806-1922, US; 437 Argyle Road, East Meadow, NY, 11554, US; St 10 Al Jimi Muurajib, Al Ain, Dubai, null, AE; Jimmi Mureijeb JIMMI AL AIN, Abudhabi, abu dhabi, null, 45440, AE; address, karachi, null, 75300, GB; A12 YASIR ARCADE ,METROVILLE 3RD BLOCK 1 SCHEME 33,SINDH, KARACHI, null, 75300, GB |
| 26 | Made4Fighters | PayPal; no physical address disclosed in the reviewed PayPal/account-sheet materials. |
| 27 | MAGICWARDROBES | PayPal: 大仓路 65 号 9 栋 307 室, 常州 钟楼, 江苏, 213000, C2; 大仓路 65 号 5 栋 710 室, 常州, 江苏, 213000, C2; 钟楼区清潭新村 96-1 幢 101 室, 常州, 江苏, 213000, C2; 钟楼大仓路 65 号 5 栋 710 室, 常州, 江苏, 213000, C2; 39 幢 602 室, 常州市 新北区 清水湾花园, 江苏, 213000, C2; 39 幢 602 室, 常州市, 江苏, 213000, C2; 5-309, 常州, 江苏, 213001, C2; 96-1 幢 101 室, 常州 钟楼 清潭新村, 江苏, 213000, C2; 96-1 幢 101 室, 常州, 江苏, 213000, C2 |



**57 West 57th Street, 3rd & 4th Floors, Manhattan, NY 10019**
**T:** +1 (917) 858-8018 | **E:** smu@whitewoodlaw.com
**W:** whitewoodlaw.com

| Doe No | Seller Alias | Status or Potentially Servable Address |
|---|---|---|
| 28 | Mxcostume | PayPal: 宝安区西乡街道流塘新村 3 巷, 深圳, 广东, 518000, C2; 广东省深圳市福田区福华一路 6 号免税商务大厦 1403, 深圳市, 广东, 518000, C2 |
| 29 | Nerdmana | PayPal; no physical address disclosed in the reviewed PayPal/account-sheet materials. |
| 30 | oeppeo | PayPal: 光泽县杭川镇武林路 75 号机床电器厂宿舍 5 幢 1 单元 102 室, 光泽县, 福建, 354100, C2; 龙桥街道东园西路 366 号 1410 室, 莆田市 城厢区, 福建, 351100, C2; 光泽县杭川镇武林路 75 号机床电器厂宿舍 5 幢 1 单元 102 室, 南平市, 福建, 354100, C2; 卡斯镇龙洞村委会大园子村民小组 58 号, 保山市 昌宁县, 云南, 678112, C2; 鹅城镇静安路 6 号, 忻州市 静乐县, 山西, 035100, C2 |
| 31 | SantaJoker | PayPal: 556 KP1, Phuong Trang Dai, null, null, 760000, SG; 470 North Bridge Road, null, null, 188735, SG; 556 KP1, Phuong Trang Dai, No City Provided, null, 760000, SG |
| 32 | SBLUU COSPLAY | PayPal: 安岳县周礼镇粉城大道西, 资阳市, Sichuan, 642350, C2 |
| 33 | Shadowytreasure | PayPal: 远洋云著, 江门, GUANGDONG, 510000, C2; xinchang market, 江门, GUANGDONG, 510000, C2 |
| 34 | sherateen | PayPal: Jl Ganesha 2 Gg Pjka, kudus, CENTRAL JAVA, 59316, ID; Account sheet: JL. SUNAN MURIA NO.18, KUDUS, CENTRAL JAVA, 59312, ID; Jl. Adi Sucipto No.1, Manahan, Surakarta, CENTRAL JAVA, 57139, ID |
| 35 | SHOPTECHWEAR | PayPal: 桥苑新村 25 号 108 房, 江门市 台山, 广东, 529200, C2; 98 Tavistock Road, Fleet, Fleet, GU51 4EZ, GB; Huangjiang Town, Dongguan City, Guangdong Province, dongguan, 广东, 523000, C2; 番禺区, 广州市, 广东, 511436, C2; Leibniz Str 7, Neubrandenburg, Neubrandenburg, 17036, DE; 746 Daintry Crescent, Cobourg, ON, K9A 4Z4, CA; Eight Lanes, Yangmei Community, Longgang District, Shenzhen, Guangdong, China, shenzhen, NY, 10001, US; 502 Alpoca Bottom Rd Box 65, Bud, WV, 24716, US; 65 rue du stade, Angiens, Angiens, 76740, FR; Room 301 & Jilan, 3rd Floor, Building E, |



**57 West 57th Street, 3rd & 4th Floors, Manhattan, NY 10019**
**T:** +1 (917) 858-8018 | **E:** smu@whitewoodlaw.com
**W:** whitewoodlaw.com

| Doe No | Seller Alias | Status or Potentially Servable Address |
|---|---|---|
| | | Xianhao Innovation and Smart Park, No. 17 Jianjian Road, Dongguan, Guangdong, 523000, C2; Salle 301 et Jilan, 3e étage, bâtiment E, Xianhao Innovation and Smart Park, 17 Jianjian Road, Dongguan, GUANGDONG, 523000, CN; 138 Airport Road, Lacey's spring, AL, 35754, US; Via Delle Mimose 9, Pesaro, Pesaro e Urbino, 61121, IT; 28 Rockridge Rd, Waltham, MA, 02453, US; Porkbun: Account/registrant contact for shoptechwear.com: Geng xiaoran, blueglazed, panyu baolihongyuehuayuan, Guang Zhou Shi, Guangdong 511452, CN; phone +86.17683927461; email g709089324@gmail.com; domain locked by Porkbun. |
| 36 | starlystar | PayPal: 19141 Springport Dr, Rowland Heights, CA 91748，HTT-YP，6266271823, guangzhou, 广东, 518000, C2; 98 wakefield ave 3c, Staten Island, NY, 10314, US; 园东路 14-1 号, 长春市 南关区, 吉林, 130028, C2; 黄村北路 26 号 D 区二楼 6699 房之 909（仅限办公）, 广州市, 广东, 510006, C2; 天河区黄村北路 26 号 D 区二楼 6699 房之 909（仅限办公）, 广州市, 广东, 510006, C2; 黄村北路 26 号 D 区二楼 6699 房之 909（仅限办公）, 广州市 天河区, 广东, 510655, C2; J&amp;M global logistic Inc, 98 Wakefield Avenue 3c, Staten Island, NY, 10314, US; No. 14-1, Changchun City, JILIN, 130028, CN; 98 Wakefield Avenue 3c, Staten Island, NY, 10314, US; 园东路 14-1 号, 长春市 南关区, 吉林, 130028, C2; 19141 Springport Dr, Rowland Heights, CA 91748，HTT-YP，6266271823, shenzhen, 广东, 518000, C2; J amp;M global logistic Inc 98 wakefield ave 3c Staten island, NY,10314 +1-332-256-8382, shenzhen, 广东, 518000, C2 |
| 37 | Tmarc Tee | PayPal: P.902, Tang 9, Toa nha Gelex Tower, 52 Le Dai Hanh, Hanoi, HÀ NỘI, 100000, VN; Dong Me, Me Tri, Nam Tu Liem, Ha Noi, 5, Hà Nội, null, VN |
| 38 | Winkcosplay | PayPal: 广东省汕头市潮阳区海门镇和睦莲峰中路 160 号, 汕头, GUANGDONG, |



**57 West 57th Street, 3rd & 4th Floors, Manhattan, NY 10019**
**T:** +1 (917) 858-8018 | **E:** smu@whitewoodlaw.com
**W:** whitewoodlaw.com

| Doe No | Seller Alias | Status or Potentially Servable Address |
|---|---|---|
| | | 515071, C2; 广东省深圳市龙岗区坂田街道五和社区和磡村十二巷 45 号, 深圳, GUANGDONG, 518100, C2; 广东省深圳市龙岗区坂田街道五和社区和磡村八巷 6 号 805, 深圳, GUANGDONG, 518100, C2 |
| 39 | wishiny | PayPal: 丰城市孙渡街道龙光大道金马御龙城半岛 8 栋 1 单元 1001, 宜春市, 江西, 331199, C2; 千汇路 280 弄 24 号 301, 上海市浦东新区, 上海, 201323, C2 |
| 40 | Yeswefollow | PayPal; no physical address disclosed in the reviewed PayPal/account-sheet materials. |
| 41 | ARY2020 | Amazon: yingdu wujiao 1-706, HANG ZHOU, ZHEJIANG, CHINA 310016; 下沙街道盈都吾角广场 1 幢 706, 钱塘区, 杭州市, 浙江省, CHINA 310000; 柏市柏 4 丁目 7-15, 柏市柏 4 丁目 7-15, 千葉県, JAPAN 2770005; 里塚緑ケ丘 5-8-1, 札幌市清田区, 北海道, JAPAN 004-0805 |
| 42 | bangguankejiZhuPengJie | Amazon: 新澳路 1515 号, 805 室, 翔安区, 厦门市, CHINA 361000 |
| 43 | guangshuishianboyangkejiyouxiangongsi | Amazon: 广水市应山办事处, 胜利街社区金鑫名城 3 期 18 号商铺, 随州市, 湖北省, CHINA 441300 |
| 44 | henanshenghuiyiwenhuachuanmeiyouxiangongsi | Amazon: 东城区溵川大道亚龙国际 C 区 10 栋 216 号, 商水县, 周口市, 河南, CHINA 466000 |
| 45 | Just 4 Games Inc | DISMISSED |
| 46 | lanbiaoyanshop | PayPal Appendix / Account List reviewed for this seller alias; no matching PayPal email, account-sheet record, or physical address disclosed in the reviewed project materials. |
| 47 | MNTCO | PayPal Appendix / Account List reviewed for this seller alias; no matching PayPal email, account-sheet record, or physical address disclosed in the reviewed project materials. |
| 48 | Vanilla Underground Store | Amazon: Premier P Limited, 103B Kettlebrook Road, TAMWORTH, STAFFORDSHIRE, UNITED KINGDOM B77 1AG; Unit 5 Borman, Lichfield Road Industrial Estate, TAMWORTH, STAFFORDSHIRE, UNITED KINGDOM B79 7TA; UNIT 5 BORMAN, TAMWORTH, UNITED KINGDOM B79 7TA; 56 wiggington road, tamworth, |



**57 West 57th Street, 3rd & 4th Floors, Manhattan, NY 10019**
**T:** +1 (917) 858-8018 | **E:** smu@whitewoodlaw.com
**W:** whitewoodlaw.com

| Doe No | Seller Alias | Status or Potentially Servable Address |
|---|---|---|
| | | STAFFIORDSHIRE, UNITED KINGDOM B798RL; Unit 5, Borman, Lichfield Industrial Estate, TAMWORTH, WEST MIDLANDS, UNITED KINGDOM B79 7TA; 56 Wigginton Road, TAMWORTH, STAFFORDSHIRE, UNITED KINGDOM B798RL; 103b Kettlebrook Road, TAMWORTH, STAFFORDSHIRE, UNITED KINGDOM B771AG |
| 49 | Xinyuqi | Amazon: 美兰区,海府街道大英路 68 号泉都大厦 19015 室,海口市,海南省, CHINA 570203; meilanquhaifujiedaodayinglu68hao, quandudasha19015shi, HAIKOUSHI, HAINANSHENG, CHINA 570203 |
| 50 | Yachew LTD UK | DISMISSED |
| 51 | Zhanliang Cool Store | Amazon: 200 米路南食品批发交易市场 B 区 12 号,郾城区邙山路与淞江路交叉口往西,漯河市,河南省, CHINA 462000 |
| 52 | AOC ORGANIC VIETNAM COMPANY LIMITED | Walmart: no legal address disclosed for this store in the new Walmart contact production; primary contact NGuyen Thi Yen |
| 53 | chengduyongyicaixinshangmao | Walmart: tianfuxinqutianfudadaonanduan2034hao3dong 5ceng506hao, chengdushi, Sichuan, 610000; |
| 54 | COFPRO | Walmart: Shenzhenshi Longgangqu bantianjiedao longbigongyequ 20dong525shi, Shenzhen, Guangdong, 518000 |
| 55 | foshanshinanhaiqucuimiyoukeji | Walmart: foshanshinanhaiqudanzaozhenhaianlu32hao502 fang, foshan, Guangdong, 528200 |
| 56 | haerbinaiweishangmao | Walmart: heilongjiangshenghaerbinshisongbeiquxiangan nandajiefuluzuanshiwanyikelaAzuo1207shi, haerbin, Heilongjiang, 150000 |
| 57 | Just 4 Games Inc. | DISMISSED |
| 58 | PAWPAW | Walmart: binchuanxianjinniuzhenjindaxiaoqu, dalibaizuzizhizhou, Yunnan, 671000; |
| 59 | Pertemba US | Walmart: 50 Oswin Road, Leicester, California, 12345 [Note: This address appears to contain errors - Leicester is a city in England, not California, and "12345" appears to be a placeholder postal code. Plaintiffs are investigating the correct address.] |
| 60 | Putian Yunpu Technology Co., Ltd. | Walmart: Zhengrong Runcheng, No. 2066, Tianfei Road, Zhenhai Street, Licheng District |



**57 West 57th Street, 3rd & 4th Floors, Manhattan, NY 10019**
**T:** +1 (917) 858-8018 | **E:** smu@whitewoodlaw.com
**W:** whitewoodlaw.com

| Doe No | Seller Alias | Status or Potentially Servable Address |
|---|---|---|
| | | Room 2803, 1st Floor, Building 8, Putian City, Fujian, 351106 |
| 61 | qingyunxianziyuemeirong | Walmart: shandongshengdezhoushiqingyunxianxiangyunluxiangyunguojichengnanmenwangdong30mi, dezhoushi, Shandong, 253700 |
| 62 | Rarewaves.com | Walmart: Unit 144 The Light Box, London, Hounslow, W45PY |
| 63 | Raymone | Walmart: A603-4, Donghua Building, Shahe East Road, Xintang Community, Shahe Street, Nanshan District, Shenzh, shenzhen, Guangdong, 518100 |
| 64 | Retro Styler UK | Walmart: Unit 7 Stephen Gray Road Bromfield Ind Estate, Mold, Flintshire, CH71HE |
| 65 | Samickarr | Walmart: xingningqukunlundadao39haojiangqiaocunerzuzonghelou diyicengdiyi、erjianpumian, nanningshi, Guangxi, 530012 |
| 66 | wuxifeisiyashangmaoyouxiangongsi | Walmart: liangxiqujiefangbeilu16-427, wuxishi, Jiangsu, 214000 |
| 67 | yahanmoshangmao | Walmart: guangzhoushizengchengqulichengjiedaocuihuajieyixiang11hao702fang, guangzhoushi, Guangdong, 511300 |
| 68 | YanTaiYuanLu | Walmart: ShanDongShengYanTaiShiZhiFuQuZhiChuLu133HaoYuanNeiFu2Hao, YanTaiShi, Shandong, 264000 |

Plaintiffs are working diligently to translate the addresses for Defendants into English and verify if any of the above-referenced addresses are verifiable business addresses for Defendants. Plaintiffs have also contacted process servers specialized in Hague Service Convention in China and were informed that the current timeframe to serve China-based Defendants is at least 16 months. Plaintiffs will take additional steps to dispatch investigators locally to further verify the address information for Defendants that appear to have potentially servable addresses and serve these Defendants via the Hague Service Convention. For Defendants identified as entities outside of China, Plaintiffs are investigating the appropriate service mechanisms under the applicable international conventions or local law of those jurisdictions. For Defendants whose addresses Plaintiffs have been unable to locate despite diligent efforts, Plaintiffs intend to seek leave of Court to effect alternative service pursuant to Fed. R. Civ. P. 4(f)(3).

Dated: June 29, 2026                    Respectfully submitted,

                                        */s/ Shengmao Mu*
                                        Shengmao Mu
                                        NY No. 5707021



**57 West 57th Street, 3rd & 4th Floors, Manhattan, NY 10019**
**T:** +1 (917) 858-8018 | **E:** smu@whitewoodlaw.com
**W:** whitewoodlaw.com

**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY, 10019
Telephone: (917) 858-8018
Email: smu@whitewoodlaw.com

*Counsel for Plaintiffs*

11