**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UBISOFT ENTERTAINMENT
AND UBISOFT, INC.,

          Plaintiff,

v.

AMAZING HOODIES, et al.,

          Defendants.

Civil Action No. 26-cv-4494

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice all causes of action in the Complaint against all Defendants identified in Schedule A to the Complaint. No Defendant filed an answer or other reply to the Complaint. Therefore, it is respectfully submitted that dismissal without prejudice under Rule 41(a)(1)(A)(i) is appropriate.

Date: July 1, 2026

Respectfully submitted,

*/s/ Shengmao Mu*
Shengmao Mu
NY No. 5707021
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (917) 858-8018
Email: smu@whitewoodlaw.com

*Counsel for Plaintiffs*

1