AO 120 (Rev. Locally 09/23)

| TO:    Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Southern District of New York_____ on the following

☑ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>26-cv-4494 | DATE FILED<br>5/28/2026 | U.S. DISTRICT COURT<br>Southern District of New York |
|---|---|---|
| **PLAINTIFF**<br><br>Ubisoft Entertainment, 2 rue du Chene Heleuc,<br>Carentoir, 56910, France  and<br>Ubisoft Inc., 300 Mission Street, 20th Floor, San Francisc | | **DEFENDANT**<br>The Individuals, Corporations, Limites Liability<br>Companies, Partnerships, and Unincorporated<br>Associations Identified on Schedule A to the Complaint |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5,300,715 | 10/3/2017 | Ubisoft Entertainment |
| 2 | 4,704,227 | 3/17/2015 | Ubisoft Entertainment |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | |
|---|---|---|---|
| | ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | | |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| <br><br><br><br><br> |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| s/Tammi M. Hellwig | s/K.Mango | 7/2/2026 |

**1—Upon initiation of action, a copy is sent to the Director upon filing.    2—If  filing a document adding patent(s) or trademark(s), this form must be amended and refiled. A copy is sent to the Director upon filing.  3—Upon termination of the action, the Clerk will complete this form and file it.  A copy is sent to the Director upon filing.**

| Print | Save As... | | Reset |
|---|---|---|---|

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UBISOFT ENTERTAINMENT AND UBISOFT, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZING HOODIES, et al., <br><br> Defendants. | Civil Action No. 26-cv-4494 |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby

dismisses without prejudice all causes of action in the Complaint against all Defendants identified

in Schedule A to the Complaint. No Defendant filed an answer or other reply to the Complaint.

Therefore, it is respectfully submitted that dismissal without prejudice under Rule 41(a)(1)(A)(i)

is appropriate.

Date: July 1, 2026

Respectfully submitted,

*/s/ Shengmao Mu*
Shengmao Mu
NY No. 5707021
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (917) 858-8018
Email: smu@whitewoodlaw.com

*Counsel for Plaintiffs*

1